# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00268-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.  RAYMUNDO JIMENEZ-AYALA**,

    Defendant.

___

## ORDER SETTING CHANGE OF PLEA HEARING
___

Pursuant to the Notice of Disposition filed on February 8, 2016 (Docket No. 295).  A Change of Plea Hearing is set for **March 16, 2016** at **9:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motion hearing, as to Mr. Raymundo Jimenez-Ayala only, set for February 17, 2016 at 1:00 pm is VACATED.

DATED this 11th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge